IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARRISON FRANKLIN,

        Plaintiff,

v.

MICHAEL DITTMAN, et al.,

        Defendants.

ORDER

18-cv-381-wmc

The held an impromptu telephonic status conference this afternoon. As discussed on the record, the court will enter a limited, preliminary injunction as follows:

1. For the next two weeks, plaintiff will test his blood sugar in the morning, as soon as possible after the count clears, at noon, at 3:30 p.m., and at bedtime (H.S.).

2. He will be permitted to eat breakfast following his morning glucose test with his unit, even if this is before he can get insulin at HSU.

3. Based on his glucose readings, HSU will determine whether he needs a dose of insulin.

4. Dr. Labby will examine plaintiff's prescribed dosages of long-acting insulin and adjust these doses appropriately in accordance with applicable medical standards.

Additionally, by the close of business on Friday, May 17, 2019, defendants are to provide to the court an affidavit from defendant Fink about what has transpired since the preliminary injunction evidentiary hearing on May 2, including an account of why the court and the parties' agreement was not implemented as agreed with respect to allowing plaintiff to take his fasting plod sugar reading, then eat breakfast with his unit before going to get his insulin shot. On or before Friday, May 17th, defendants' counsel is also to provide a detailed explanation as to the reasons for any deviations from the agreement, as well as any medically necessary modifications.

Entered this 10th day of May, 2019.

        BY THE COURT:

        /s/

        _____
        WILLIAM M. CONLEY
        District Judge