IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARRISON FRANKLIN,

    Plaintiff,

v.

MICHAEL DITTMAN, et al.,

    Defendants.

ORDER

18-cv-381-wmc

The court held a telephonic status conference this afternoon, at which Mr. Franklin appeared representing himself, Mr. Reed appeared for defendant Dieters, and Ms. Rakvic-Farr appeared for all other defendants. As discussed on the record, the limited, preliminary injunction will remain in effect, but the court will modify it in the following respects:

1) Franklin's bedtime (H.S.) blood sugar tests will continue until Dr. Masciopinto concludes they are no longer medically necessary, at which point she may discontinue them; and

2) Ideally on evenings that plaintiff has the opportunity and chooses to exercise, CCI staff would permit him to check his blood sugar before or afterwards. While the court will not require that, CCI staff is directed not to issue incident or other reports based on plaintiff's decision to exercise instead.

Additionally, within the next week or so, Attorney Rakvic-Farr will address any incident reports that may have been filed after May 16, 2019, related to plaintiff's refusal to go to HSU in the evenings for insulin. Attorney Rakvic-Farr shall also provide copies of any such incident reports to plaintiff and the court, and report on their status with respect to any potential discipline. Consistent with the discussion on the record today, H.S. insulin is *not* required by the court.

Entered this 3d day of June, 2019.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge