IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARRISON FRANKLIN,

          Plaintiff,

v.

MICHAEL DITTMAN, et al.,

          Defendant.

ORDER

18-cv-381-wmc

The court held a telephonic status conference this morning, at which Mr. Franklin appeared representing himself, Mr. Reed appeared for defendant Dieters, and Ms. Rakvic-Farr appeared for all other defendants. The purpose of this order is to memorialize the rulings and agreements made on the record.

1) Consistent with the court's, plaintiff's and defense counsel's understanding, Dr. Hoffman has instructed HSU staff to transition plaintiff to self-directed diabetes management starting this afternoon, which will permit him to test his blood sugar, record those readings, and administer his own insulin. If that is not the case, plaintiff is directed to submit a declaration to the court while following the instructions and procedures set out by the guards and HSU staff.

2) Plaintiff is granted leave to file an amended complaint adding the Wisconsin Department of Corrections Secretary and other individuals he believes are acting wrongly at New Lisbon Correctional Institution as defendants and additional allegations of deliberate indifference and retaliation, if any, since he was transferred from Columbia Correctional Institution. Defense counsel may have

20 days to file a response to the amended complaint, at which point the court will determine the appropriate confines of this lawsuit.

3) The DOC is ordered to maintain all records, logs, notes, messages, or other documents about or concerning Mr. Franklin -- health, disciplinary, or otherwise -- since transferring plaintiff to New Lisbon. Defense counsel is directed to file these documents with the court under seal up to and including those created today.

Entered this 16th day of August, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge